PROB 12B  
(7/93)

Report Date: February 5, 2009

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 0 6 2009

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael Joseph Contino          Case Number: 2:05CR06042-002

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 7/28/2006          Type of Supervision: Supervised Release

Original Offense: Conspiracy and Aiding and Abetting, 18 U.S.C. § 371 & 2          Date Supervision Commenced: 7/28/2006

Original Sentence: Prison - 45 Days; TSR - 36 Months          Date Supervision Expires: 7/27/2009

---

### PETITIONING THE COURT

To extend the term of supervision for 6 months, for a total term of 42 months.
To modify the conditions of supervision as follows:

20    You shall reside in a residential reentry center for a period of up to 180 days. You shall not be entitled to the benefits of the prerelease component. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

Mr. Contino has failed to report to this officer on November 4, 2008; December 2, 2008; and January 6, 2009. The defendant also failed to report for urine drug testing on 11 occasions from December 10, 2009, through January 31, 2009. Mr. Contino has not been employed and has been having relationship difficulties which has lead to difficulties with his residence. This action is requested because Mr. Contino states that he wants to get his life in order and a term in the residential reentry center (RRC) will provide safe, stable environment that will allow him to re-establish a stable residence and employment. An extension of supervision is needed as the current expiration date will precede completion of the RRC term.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  _____

Curtis G. Hare
U.S. Probation Officer

Prob 12B
Re: Contino, Michael Joseph
February 5, 2009
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

2/6/09
Date

◈PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To extend the term of supervision for 6 months, for a total term of 42 months.
To modify the conditions of supervision as follows:

20    You shall reside in a residential reentry center for a period of up to 180 days. You shall not be entitled to the benefits of the prerelease component. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.


Witness: _____  Signed: _____
             Curtis G. Hare                                    Michael Joseph Contino
          U.S. Probation Officer                        Probationer or Supervised Releasee

                                  February 5, 2009
                                        Date